(29 Misc. Rep. 665.)

### WELLS v. SIMPSON.

(Supreme Court, Special Term, Kings County. December, 1899.)

NOTES—PRESENTMENT AND DEMAND—PLEADING.

    A complaint in an action on a note need not show presentment and demand.

Action by Margaret Wells against George W. Simpson. Motion to open default denied.

W. H. Gardenier, for the motion.

Alexander Campbell, opposed.

GAYNOR, J. The moving papers disclose, and counsel for the defendant stated on the argument, that the object of opening the de-

fault is to serve a demurrer on the ground that the complaint does not state facts sufficient to constitute a cause of action. As in an action against the maker of a note the complaint does not need to state that the note was presented and payment demanded (Hills v. Place, 48 N. Y. 520), such demurrer would be frivolous.

Motion denied with $10 costs.